## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED
### v.
## JAMES LASSELLE AND FRANCIS LASSELLE

### 1811

#### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . . *Journal, infra,* *p. 351
2. Declaration filed . . . . . . . . . . . " 360
3. Rule to plead . . . . . . . . . . . . " 361

#### PAPERS IN FILE
[None]

## JAMES LEITH, SURVIVING PARTNER OF DUFF & LEITH
### v.
## SAMUEL EWING

### 1811

#### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . . *Journal, infra,* *p. 352
2. Declaration filed; plea; issue; continuance . . . . . " 358

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . .